## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KEITH HARRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 21-4020-EFM-GEB** |
| ) | |
| **SOUTHWEST PUBLISHING AND** ) | |
| **MAILING CORPORATION,** ) | |
| **MOORE DM GROUP LLC &** ) | |
| **CATHY OSTRANDER** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### <u>ORDER</u>

This matter is before the Court on Plaintiff Keith Harris' motion for an extension on the deadline to amend the complaint and/or join parties (**ECF No. 42**). As noted in the motion, after Plaintiff's inquiry, Defendants' counsel had not responded with their position on the extension. (*Id.* at ¶4.) However, the motion was filed November 19, 2021, making Defendants' response deadline December 3, 2021. No response has been filed, and the Court may grant the motion as uncontested without further notice pursuant to D. Kan. Rule 7.4(b).

Additionally, in its discretion, the Court finds good cause for the requested extension. The parties are currently scheduled for formal mediation on January 7, 2022, and for the economy of all parties, the amendment issue may be postponed pending the outcome of mediation.

**IT IS THEREFORE ORDERED** that Plaintiff Keith Harris' motion for an

extension on the deadline to amend the complaint and/or join parties (**ECF No. 42**) is **GRANTED**. Any party must file any motion to seek leave to amend the pleadings and/or join additional parties no later than **January 17, 2022**.

 **IT IS SO ORDERED.**

 Dated at Wichita, Kansas this 7th day of December, 2021.


        s/ Gwynne E. Birzer
        GWYNNE E. BIRZER
        United States Magistrate Judge